IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| ANTHONY GOLSTON,           )<br>                             )<br>     Plaintiff,            )<br>                             )          CIVIL ACTION NO.<br>     v.                      )            2:11cv946-MHT<br>                             )               (WO)<br>GARY HETZEL, et al.,         )<br>                             )<br>     Defendants.             ) | |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state inmate, filed this lawsuit charging use of excessive force and challenging prison conditions.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's motion for preliminary injunction, contending that the drinking water at the facility where he is incarcerated is contaminated, should be denied.  Plaintiff has filed objections to the recommendation.  After an independent and de novo review of the record, the court concludes that the objections

should be overruled and the magistrate judge's recommendation adopted.

An appropriate order will be entered.

DONE, this the 24th day of June, 2013.

                                          /s/ Myron H. Thompson
                                  UNITED STATES DISTRICT JUDGE