```
         IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
            MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

ANTHONY GOLSTON,               )
                               )
    Plaintiff,                 )
                               )          CIVIL ACTION NO.
    v.                         )            2:11cv946-MHT
                               )                (WO)
GARY HETZEL, et al.,           )
                               )
    Defendants.                )
```

ORDER

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiff's objections (Doc. No. 34) are overruled.

(2) The United States Magistrate Judge's recommendation (Doc. No. 29) is adopted.

(3) Plaintiff's motion for preliminary injunction (Doc. No. 19) is denied.

(4) This cause is referred back to the United States Magistrate Judge for further appropriate proceedings.  This case is not closed.

DONE, this the 24th day of June, 2013.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**