IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
ANTHONY GOLSTON,              )
                              )
    Plaintiff,                )
                              )      CIVIL ACTION NO.
    v.                        )        2:11cv946-MHT
                              )            (WO)
GARY HETZEL, Warden III,      )
et al.,                       )
                              )
    Defendants.               )
```

## JUDGMENT

After an independent and de novo review of the record, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The recommendation of the magistrate judge (doc. no. 44), to which no objection has been filed, is adopted.

(2) The defendants' motion for summary judgment (doc. no. 14) is granted in part and denied in part.

(3) Summary judgment is granted as to (a) plaintiff Anthony Golston's request for monetary damages from the defendants in their official capacities on all claims; and as to (b) all plaintiff Golston's claims against

the defendants except for his excessive-force and failure-to-protect claims against defendants Matthew Enfinger and Kerry Williams.

(4) Summary judgment is denied in all remaining respects as to plaintiff Golston's excessive-force and failure-to-protect claims against defendants Enfinger and Williams.

(5) All defendants except Enfinger and Williams are terminated as parties.

(6) This case is referred back to the magistrate judge for an evidentiary hearing on the surviving aspects of this case.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is not closed.

DONE, this the 23rd day of February, 2015.

                                             /s/ Myron H. Thompson    
                                           **UNITED STATES DISTRICT JUDGE**