IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
ANTHONY GOLSTON,               )
                               )
     Plaintiff,                )
                               )     CIVIL ACTION NO.
     v.                        )        2:11cv946-MHT
                               )            (WO)
MATTHEW ENFINGER, C.O. I,      )
and KERRY WILLIAMS,            )
Sergeant,                      )
                               )
     Defendants.               )
```

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff Anthony Golston, a state inmate, filed this lawsuit against two correctional officers, claiming that defendant Matthew Enfinger used excessive force against him and that defendant Kerry Williams failed to protect him from Enfinger. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge, after an evidentiary hearing on the merits, that judgment be granted in favor of the correctional officers on all claims. There are no objections to the recommendation. After an independent and de novo

review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 30th day of April, 2015.

                                                                               /s/ Myron H. Thompson\_\_\_\_
                                             UNITED STATES DISTRICT JUDGE