IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
ANTHONY GOLSTON,               )
                               )
    Plaintiff,                 )
                               )   CIVIL ACTION NO.
    v.                         )     2:11cv946-MHT
                               )         (WO)
MATTHEW ENFINGER, C.O. I,      )
and KERRY WILLIAMS,            )
Sargeant,                      )
                               )
    Defendants.                )
```

### JUDGMENT

In accordance with the memorandum opinion entered on this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (doc. no. 51) is adopted.

(2) Plaintiff Anthony Golston's objections (doc. no. 54) are overruled.

(3) Judgment is entered in favor of defendants Matthew Enfinger and Kerry Williams and against plaintiff Golston, with plaintiff Golston taking nothing by his complaint.

It is further ORDERED that costs are taxed against plaintiff Golston, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 12th day of May, 2015.

    /s/ Myron H. Thompson\_\_\_\_
    **UNITED STATES DISTRICT JUDGE**